No. 917, Misc.   ARMIJO *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted and the judgment reversed.   *James F. Hewitt* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Vinson* and *Jerome M. Feit* for the United States.

No. 933, October Term, 1966.   CHINA UNION LINES, LTD. *v.* A. O. ANDERSEN & Co. ET AL.; and

No. 934, October Term, 1966.   LAN JING-CHAU ET AL. *v.* A. O. ANDERSEN & Co. ET AL., 386 U. S. 933, 1000. Motion of American Trial Lawyers Association, Admiralty Section, for leave to file a brief, as *amicus curiae,* in support of petition for second rehearing denied.   Motions for leave to file second petitions for rehearing denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of these motions.   *Arthur J. Mandell* on the motion for American Trial Lawyers Association, Admiralty Section.

No. 680, Misc., October Term, 1966.   RUCKER *v.* JOHNSON, CLERK OF DISTRICT COURT, 385 U. S. 941. Motion for leave to file petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 21.   ZSCHERNIG ET AL. *v.* MILLER, ADMINISTRATOR, ET AL., 389 U. S. 429.   Petition for rehearing or clarification of opinion denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.